Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HELGA K. SANTOS,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. C07-5206-RJB<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO SUBMIT PRETRIAL STATEMENT** |

The parties, through their undersigned attorneys, respectfully request that the deadline to file a pretrial statement be extended from April 18, 2008, until April 22, 2008.  The parties have conferred and cooperated in the preparation of the report.  However, in light of the trial and travel schedules of counsel, the parties respectfully would request the additional time to finalize the report.

As a result, the parties, by and through their respective attorneys, hereby respectfully STIPULATE, AGREE, and JOINTLY REQUEST that the pretrial statement deadline be extended until April 22, 2008.

JOINT STIPULATION - 1
C07-5206-RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Dated this 18th day of April 2008.

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | BURGESS FITZER, P.S. |
| /s/ Thomas M. Woods<br>THOMAS M. WOODS<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>E-mail: thomas.woods2@usdoj.gov<br>Attorneys for Defendant | /s/ Paula T. Olson<br>PAULA T. OLSON<br>1145 Broadway, Suite 400<br>Tacoma, Washington 98402-3584<br>Phone: 253-572-5324<br>Fax: 253-627-8928<br>Email: paulao@burgessfitzer.com<br>Attorneys for Plaintiff |

### **ORDER**

The parties having so stipulated, the above is **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 18th day of April, 2008.

Robert J Bryan
United States District Judge

JOINT STIPULATION - 2
C07-5206-RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2008, I electronically filed a copy of the foregoing with ECF, which will send notice to the following:

Paula T. Olson
E-mail: paulao@burgessfitzer.com

DATED this 18th day of April, 2008.

    s/Tracy H. Ung
TRACY H. UNG
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4073
E-mail: tracy.ung@usdoj.gov

JOINT STIPULATION - 3
C07-5206-RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970